REC'D FEB 2 6 2025

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Caption:
__Mary M. Howard__
_____
_____
*Full name(s) of Plaintiff(s)*

v.

Cordell & Cordell LP, et al.
_____
*Full name(s) of Defendant(s)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

CIVIL ACTION
NO. _____

This action is brought for discrimination in employment pursuant to (check only those that apply):

____    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

__x__   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

____    Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

__x__   Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

I. **Parties in this complaint:** Mary M. Howard v. Cordell & Cordell LP, et al.

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name: Mary M. Howard
Street Address: 194 Fairview Avenue
County, City: Delaware County, Yeadon
State & Zip: Pennsylvania, 19050
Telephone Number: 267-243-5928

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page. Attach additional sheets of paper as necessary.

Defendant  Name: Cordell & Cordell LP
Street Address: 600 Kellwood Parkway
County, City: St. Louis, Chesterfield
State & Zip: Missouri, 63017
Telephone Number: 1+314-587-3609

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer: Cordell & Cordell LP
Street Address: 1601 Market Street, Suite 2230
County, City: Philadelphia, Philadelphia
State & Zip: Pennsylvania, 19103
Telephone Number: 215-720-1874

II. **Statement of the Claim**

A. The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

____  Failure to hire me
_x_   Termination of my employment
____  Failure to promote me

-2-

    \_\_\_\_ Failure to reasonably accommodate my disability

    \_\_\_\_ Failure to reasonably accommodate my religion

    _x_ Failure to stop harassment

    \_\_\_\_ Unequal terms and conditions of my employment

    _x_ Retaliation

    _x_ Other (*specify*): whistle-blowing, that created a hostile workplace environment, and wrongful termination

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B. It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) __3__, (day) __20__, (year) __2024__.

C. I believe that the defendant(s) (check one):

    _x_ is still committing these acts against me.
    \_\_\_\_ is **not** still committing these acts against me.

D. Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

    \_\_\_\_ race _____    \_\_\_\_ color _____

    \_\_\_\_ religion _____    \_\_\_\_ gender/sex _____

    \_\_\_\_ national origin _____

    _x_ age   My date of birth is __1972__ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E. The facts of my case are as follow (*attach additional sheets of paper as necessary*):

After I was delegated to pinpoint errors, then return to paralegal for correcting, Some time in December 2023 I began noticing suspicious activities taking place with my firm issued desktop/laptop devices, and began reporting these concerns to I.T. between December 2023 - March 2024 . March/April 2024 I began reporting to my managing attorney, for the Philadelphia office, issues of concerns. After a meeting was held in early April 2024, with managing attorney, my supervisor, and both questionable colleagues, regarding those issues of concern, and suspicious activities pertaining to my work, thereafter, I was cyberbullied, cyberstalked, and harassed. In May 2024, I reached out to my supervisor again, who then contacted H.R. Partner, as the sabotaging and cybercrimes did not stop. In April/May 2024, unusual activities also took place during my travels to and from work.

       **NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

**III.**    **Exhaustion of Administrative Remedies:**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: <u>December 17, 2024</u> *(Date)*.

B.    The Equal Employment Opportunity Commission *(check one)*:

       \_\_\_\_ has not issued a Notice of Right to Sue Letter.
       _x_ issued a Notice of Right to Sue Letter, which I received on <u>12/23/2024</u> *(Date)*.

       **NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C.    *Only plaintiffs alleging age discrimination must answer this question.*

       Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

       _x_ 60 days or more have passed.
       \_\_\_\_ fewer than 60 days have passed.

D.    It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: <u>December 17, 2024</u> *(Date)*.

E.    Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct *(check one)*:

       \_\_\_\_ One year or more has passed.
       _x_ Less than one year has passed.

IV.  **Relief**

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

      \_\_\_\_  Direct the defendant to hire the plaintiff.

      \_\_\_\_  Direct the defendant to re-employ the plaintiff.

      \_\_\_\_  Direct the defendant to promote the plaintiff.

      \_\_\_\_  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

      \_\_\_\_  Direct the defendant to reasonably accommodate the plaintiff's religion.

      __x__  Direct the defendant to (*specify*):  retirement age as plaintiff's intention was to retire from defendant's business. *to also award damages from June 13, 2024 to*

      __x__  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

      __x__  Other (*specify*):  Award plaintiff with the amount she would have received if retired today, as plaintiff intention was to end her professional career at defendant's business.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __26__ day of __February__, 20__25__.

Signature of Plaintiff  *Mary M. Howard*
Address  194 Fairview Avenue Yeadon, PA 19050

Telephone number  267-243-5928
Fax number (*if you have one*)  _____

-5-

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __194 Fairview Avenue, Yeadon PA 19050__

Address of Defendant: __600 Kellwood Parkway, Chesterfield, MO 63017__

Place of Accident, Incident or Transaction: __1601 Market Street, Suite 2230 Philadelphia, PA 19103__

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☑   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __February 26, 2025__   *[signed Mary M. Howard]*   **Pro Se Plaintiff**
         *Attorney-at-Law / Pro Se Plaintiff*              *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☑ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify): _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury *(Please specify):* _____
7. ☐ Products Liability
8. ☐ Products Liability – Asbestos
9. ☐ All other Diversity Cases
    (Please specify): _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, __Mary M. Howard__, counsel of record *or* pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: __February 26, 2025__   *[signed Mary M. Howard]*   _____
         *Attorney-at-Law / Pro Se Plaintiff*              *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*