# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY M. HOWARD,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 25-CV-1002** |
| | : | |
| **CORDELL & CORDELL LP,** | : | |
|     **Defendant.** | : | |

## ORDER

AND NOW, this 26th day of June, 2025, upon consideration of Plaintiff Mary M. Howard's *pro se* Second Amended Complaint (ECF No. 8), and Motion to Appoint Counsel (ECF No. 9), and it is **ORDERED** that:

1.    The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2.    The Motion to Appoint Counsel is **DENIED**.

3.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                **BY THE COURT:**

                                                **MIA R. PEREZ, J.**